**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN SOLAK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>PRESTIGE CONSUMER HEALTHCARE INC.,<br><br>        Defendant. | Case No. 3:22-cv-01357-BKS-ML<br><br>Hon. Brenda K. Sannes and<br>Hon. Miroslav Lovric |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Solak and Defendant Prestige Consumer Healthcare Inc., through their undersigned counsel, hereby stipulate and agree that: (1) Plaintiff John Solak's individual claims in this Action are hereby dismissed with prejudice; and (2) any putative class claims in the Action are hereby dismissed without prejudice. Each side shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:   May 15, 2023

SHEEHAN & ASSOCIATES, P.C.                    STEPTOE

/s/ *Spencer Sheehan*                                   /s/ *Evan Glassman* (with consent)
Spencer Sheehan                                          Evan Glassman
60 Cuttermill Rd Ste 412                              1114 Avenue of the Americas
Great Neck NY 11021                                   New York NY 10036
(516) 268-7080                                             (212) 506-3900
spencer@spencersheehan.com                     eglassman@steptoe.com

*Attorneys for Plaintiff*                                  *Attorneys for Defendant*

IT IS SO ORDERED:

Brenda K. Sannes
Chief U.S. District Judge

Dated: May 15, 2023
Syracuse, NY